IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WYLLY ISLAND HOMEOWNERS' )
ASSOCIATION, and )
WYLLY ISLAND DOCKOWNERS' )
ASSOCIATION, )
  )
    Plaintiffs, ) CASE NO. CV417-244
  )
v. )
  )
STATE FARM FIRE AND )
CASUALTY COMPANY, )
  )
    Defendant. )

## O R D E R

Before the Court is the parties' Stipulation to Dismiss with Prejudice Defendant State Farm. (Doc. 33.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. As a result, Defendant's Motion for Leave to File Supplemental Expert Disclosures (Doc. 26) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of September 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA